FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2022

No. 04-22-00355-CV

**SSC WIMBERLEY OPERATING COMPANY, LLC**, Randall Morris, Bozena Mrozek,
Calvin Boutte, SavaSeniorCare Administrative and Consulting, LLC, and SSC Equity Holdings
MT, LLC,
Appellants

v.

Shellie **GOODMAN**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI17165
Honorable Norma Gonzales, Judge Presiding

# O R D E R

On August 15, 2022, appellee filed an unopposed motion to stay the appeal pending
mediation. However, the motion indicates the parties are currently in the process of scheduling a
mediation with a mutually-agreeable mediator. The motion is **denied without prejudice** to
appellee filing a future motion to stay the appeal pending a scheduled mediation.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 22nd day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court